IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGLULA, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON.COM SERVICES, INC., <br><br> Defendants. | Civil Action No. Case: 1:20–mc–00113 <br> Assigned To : Lamberth, Royce C. <br> Assign. Date : 11/16/2020 <br> Description: Misc. <br><br> (Civil Action No. 1:19-cv-01570-LO-IDD, pending in the Eastern District of Virginia) |

**NON-PARTY ADDUCI, MASTRIANI & SCHAUMBERG LLP'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER IN RESPONSE TO DEFENDANTS AMAZON.COM, INC. AND AMAZON.COM SERVICES, INC.'S NOTICE OF SUBPOENA**

Non-Party Adduci, Mastriani & Schaumberg LLP ("Adduci") hereby moves the Court pursuant to Fed. R. Civ. P. 26 and 45 to quash Amazon.com, Inc and Amazon.com Services, Inc.'s[1] (individually and collectively, "Amazon") subpoena to produce documents and testify at a deposition, and/or to issue a protective order directing that the noticed deposition not go forward. Pursuant to Fed. R. Civ. P. 26(g)(3) and 45(d)(l), Adduci also seeks sanctions against Amazon in the form of its attorneys' fees incurred in connection with moving to quash this improper subpoena. The subpoena should be quashed because Amazon (1) already has the documents and/or information it seeks from Adduci and Burns within its possession, custody, or control, or can obtain the requested documents and/or information through other means; and (2) seeks documents and communications regarding the subject matter of Maglula's suit against Amazon that are subject to the attorney-client and work product privileges and thus not discoverable.

---

[1] Maglula understands that effective December 30, 2019, Amazon.com Services, Inc. converted into a Delaware limited liability company, Amazon.com Services LLC.

In support of this motion, Adduci relies on the contemporaneously filed Memorandum in Support of Its Motion to Quash and/or for a Protective Order in Response to Amazon's Subpoena; the declaration of Guy Tal, the founder and CEO of Maglula, Adduci's client; and the declaration of Benjamin F. Tookey.  Counsel for the parties discussed this motion on November 6, 2020 as required by Local Rule 7(m), but could not resolve their differences.

Dated: November 10, 2020

Respectfully submitted,

*/s/ Robert F. Shaffer*

Robert F. Shaffer (DC Bar No. 472423)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:    (202) 408-4000

*Counsel for Non-Parties Adduci, Mastriani & Schaumberg LLP and Mr. Thomas R. Burns; and Plaintiff Maglula, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2020, a true and accurate copy of the foregoing NON-PARTY ADDUCI, MASTRIANI & SCHAUMBERG LLP'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER IN RESPONSE TO DEFENDANTS AMAZON.COM, INC. AND AMAZON.COM SERVICES, INC.'S NOTICE OF SUBPOENA was served via e-mail on all counsel of record for Amazon.

Dated: November 10, 2020

Respectfully submitted,

/s/ Robert F. Shaffer

Robert F. Shaffer (DC Bar No. 472423)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:    (202) 408-4000

*Counsel for Plaintiff Maglula; Adduci, Mastriani & Schaumberg LLP*; *and Mr. Thomas R. Burns*